UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI E HAMILTON,

          Plaintiff,

v.

MICHAEL J. ASTRUE,

          Defendant.

CASE NO. C11-5927 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The Clerk is directed to enter **JUDGMENT** for Defendant and the case should be closed.

Dated this 30th day October, 2012.

                              BENJAMIN H. SETTLE
                              United States District Judge