# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LORI E HAMILTON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | CASE NO. C11-5927 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Clerk is directed to enter **JUDGMENT** for Defendant and the case should be closed.

Dated this 30th day October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER